**JEFFERY R. MENARD, SBN 248508**
325 7th Ave.
STE 1706
San Diego, CA 92101
Telephone: (858) 869-9529
Fax: (858) 605-6170
Jmenard22@gmail.com

Attorney for Plaintiff, ADRIANA JONES

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF SAN DIEGO

| | |
|---|---|
| ADRIANA JONES  PLAINTIFF, v. BARCLAYS BANK DELAWARE (DBA BARCLAYCARD) and DOES 1 through 100  DEFENDANTS. | Case No.: 16-cv-01526-BAS-BGS  **NOTICE OF SETTLEMENT** |

   Plaintiff hereby notifies the Court that she has reached an agreement with the Defendants to settle this case in its entirety.  Plaintiff requests 90 days to finalize and perform the terms of the settlement.

Notice

1

Dated: 6/27/2016                    By: __/s/Jeffery R. Menard__
                                    Jeffery R. Menard,
                                    attorney for PLAINTIFF

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and reside in City of San Diego, State of California. I am over the age of 18 years and not a party to the within case or proceeding. My business address is 325 7th ave., STE 1706, San Diego, CA 92101.

    On 6/27/2016, I served a true and correct copy of the documents entitled: NOTICE OF SETTLEMENT

 by and by causing the CM/ECF system to serve the parties listed below electronically:


Raymond Y. Kim
Reed Smith, LLP
355 South Grand Ave.
Suite 2900
Los Angeles, CA 90071-1514
rkim@reedsmith.com


I certify and declare the above to be true under penalty of perjury and that this proof of service is dated 6/27/2016, at San Diego, California.


Dated: 6/27/2016                    By:  __/s/Jeffery R. Menard__
                                                                    Jeffery R. Menard,
                                                                    attorney for PLAINTIFF